No. 02–1290. UNITED STATES POSTAL SERVICE v. FLAMINGO INDUSTRIES (USA) LTD. ET AL. C. A. 9th Cir. Certiorari granted.

No. 02–964. BALDWIN v. REESE. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 02–1348. OLYMPIC AIRWAYS v. HUSAIN, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HANSON, DECEASED, ET AL. C. A. 9th Cir. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–728. VALDIVIESO ET AL. v. ATLAS AIR, INC. C. A. 11th Cir. Certiorari denied.

No. 02–869. PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA v. MEDOWS, SECRETARY, AGENCY FOR HEALTH CARE ADMINISTRATION FOR THE STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1206. TIGUE ET AL. v. DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1221. UNITED STATES SHOE CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1228. SHREFFLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1230. RANG v. SCHLUMBERGER TECHNOLOGY CORP. C. A. 5th Cir. Certiorari denied.

No. 02–1245. MUHAMMAD v. DIAMOND OFFSHORE CO. Ct. App. La., 3d Cir. Certiorari denied.

No. 02–1289. NORTH JERSEY MEDIA GROUP ET AL. v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.